BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700 (main)
(916) 554-2900 (facsimile)

**FILED**

APR 1 9 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE Searches of 536 Mission Ridge Drive, Manteca, California, 95337, and Safe Deposit Box #660, located at Wells Fargo Bank, 160 North Main, Manteca, California. | CASE NOS. 2:13-sw-00247 EFB; 2:13-sw-00248 EFB<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS |

The Court hereby orders that the search warrants, supporting affidavit, and applications in Case Nos. 2:13-sw-00247 EFB and 2:13-sw-00248 EFB, as well as the Petition to Seal, and the Order sealing these documents, shall be unsealed and made part of the public record.

DATED: April 19, 2013

HON. CAROYN K. DELANEY
United States Magistrate Judge

3